**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| PLASTRONICS SOCKET PARTNERS, LTD., AND PLASTRONICS H-PIN, LTD., | ) ) ) | Civil Action No.: 0:18-mc-79 |
| | ) | |
| Plaintiffs, | ) | (*Pending in the Eastern District of Texas,* |
| v. | ) | *2:18-cv-00014 (JRG-RSP)*) |
| | ) | |
| DONG WEON HWANG, AND HICON CO., LTD., | ) ) | |
| | ) | |
| Defendants, | ) | |
| v. | ) | |
| | ) | |
| IRONWOOD ELECTRONICS, INC., | ) | |
| | ) | |
| Movant. | ) | |

## [PROPOSED] ORDER

Pending before the Court is the Motion of Movant Ironwood Electronics, Inc. to Quash Subpoenas. After considering the Motion to Quash Subpoenas, and any opposition thereto, the Court finds that the Motion to Quash Subpoenas should be and hereby is GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Subpoenas served on Movant Ironwood Electronics, Inc. by Defendants Dong Weon Hwang, HiCon Co., Ltd., and HiCon Co. in the Eastern District of Texas matter of *Plastronics Socket Partners, Ltd., et al. v. Dong Weon Hwang, et al* (Case No. 2:18-cv-00014) are QUASHED.

Dated: _____

_____
Magistrate Judge
District of Minnesota